# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Southwest Regional Council of Carpenters,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TEC Installations, Inc.<br><br>　　　　　　　　　　　　Defendant. | Case No.<br>EDCV 17-1621 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, Plaintiff Southwest Regional Council of Carpenters' Motion for Default Judgment against TEC Installations, Inc. is GRANTED. Plaintiff is AWARDED $12,928.00. Judgment is entered in favor of Plaintiff.

IT IS FURTHER ORDERED that Plaintiff mail a copy of this judgment and the Order concurrently filed therewith to Defendant. Plaintiff shall file Proof of Service with the Court within ten days of the date of the Order.

Dated: June 20, 2018

　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　United States District Judge